IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| EDINA HARSAY, )<br>    *Plaintiff*, )<br> )<br>vs. )<br> )<br>MARLA LUCKERT, DAN BILES, )<br>EVELYN Z. WILSON, )<br>KEYNEN WALL, JR., )<br>MELISSA STANDRIDGE, )<br>ERIC ROSEN, and )<br>THE KANSAS SUPREME COURT,)<br>    *Defendants*. )<br>_____) | Case No. 21-cv-04080-EFM<br><br>Judge Eric F. Melgren |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Edina Harsay hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order Dismissing this Case (Doc #26), and a final judgment (Doc #27), entered in this action on the 16th day of August, 2022.

Dated: September 15, 2022

Respectfully submitted,

  s/ Edina Harsay
Edina Harsay, Ph.D.
1100 Stone Meadows Dr.
Lawrence, Kansas 66049
Phone: (785) 813-1757
Email: eharsay@icloud.com
*Plaintiff, Pro se*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 15, 2022, the above and foregoing was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all those individuals currently electronically registered to receive notices of filings for this case, including the following:

    Stephen Phillips, Attorney for Defendants
    Asst. A.G., Civil Litigation Div.
    Office of the Attorney General Derek Schmidt
    120 SW 10th Avenue, 2nd Floor
    Topeka, Kansas 66612-1597


                                              __s/ Edina Harsay____
                                              Edina Harsay, Ph.D.
                                              *Plaintiff, Pro se*